IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07-4003-01-CR-C-SOW |
| | ) | |
| CARL DAVID JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before this Court is the Report and Recommendation (Doc. # 21) of United States Magistrate Judge William A. Knox regarding defendant Carl David Jackson's entry of a plea of guilty. On December 7, 2007, the defendant, by consent, appeared before U.S. Magistrate Judge William A. Knox and entered a plea of guilty to Count Two of the superseding indictment filed on January 5, 2007. After cautioning and examining the defendant, under oath, concerning each of the subjects mentioned in Rule 11, it was determined that the guilty plea was knowledgeable and voluntary and that the offense to which the defendant has plead guilty is supported by a factual basis for each of the essential elements of the offense.

Accordingly, pursuant to the Report and Recommendation submitted, it is hereby

ORDERED that defendant Carl David Jackson's plea of guilty shall be accepted and that defendant Carl David Jackson be adjudged guilty and have sentence imposed accordingly.

            __/s/ Scott O. Wright_____
            SCOTT O. WRIGHT
            Senior United States District Judge

Dated: __12/20/2007_____